UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR11-522(AET) |
| vs. | : | |
| | : | ORDER EXTENDING SURRENDER DATE |
| THOMAS FREY | : | |

THIS MATTER having been brought before the Court by defendant Thomas Frey, through his attorney, David Schafer on April 28, 2020 during a telephonic conference, for an extension of the surrender date, and the Government having no objection;

IT IS HEREBY ORDERED on this 29th day of April, 2020, that defendant is to self-surrender to the institution designated by the Bureau of Prisons (FCI Schuylkill) on May 8, 2020 at 1:00 p.m. instead of on May 1, 2020.

_____
ANNE E. THOMPSON, USDJ